UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALONJI MAHON,

          Petitioner,

-v-

COMM. OF N.Y.S. DIVISION OF PAROLE,

          Respondent.

CIVIL ACTION NO.: 19 Civ. 9498 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pro se Petitioner Kalonji Mahon's request (ECF No. 22) for a nunc pro tunc extension of time to file his response to the Court's March 16, 2022 Order to Show Cause is GRANTED. The Court will consider the declarations filed at ECF Nos. 22 and 23 (collectively, the "Response").

If Respondent wishes to file a reply to the Response, it may do so by **May 5, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at the below address.

Dated:    New York, New York
          April 21, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Mail to:    Kalonji Mahon
          25 Canfield Ave
          Yonkers, NY 10710